UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

Eastern District of Kentucky
FILED
AUG 16 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| **TRINITY JASON MOORE;** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| *v.* ) | No. 0:23-cv-00042 DLB |
| ) | |
| **KILOLO KIJAKAZI, COMMISSIONER** ) | |
| **OF SOCIAL SECURITY;** ) | |
| ) | |
| *Defendant.* ) | |

### ORDER

Based upon Plaintiff's First Motion for Extension of Time to File his brief and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff may have up to and including September 13, 2023 to file his brief.

DATED this 16TH day of Aug., 2023.



Signed By:
*David L. Bunning*
United States District Judge